KATHRYN E. VAN HOUTEN BAR NO. 143402
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 920
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile: (818) 240-7728

Attorneys for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT

NOV 14 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: GK  DEPUTY

ORIGINAL

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:16-CV-07810-CAS-JC |
| Plaintiff, ) | CONSENT JUDGMENT |
| v. ) | |
| BRIAN P. SULLIVAN, ) | |
| Defendant. ) | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, BRIAN P. SULLIVAN, in the total amount of $31,888.28.

Dated: November 14, 2016

KIRY K. GRAY, CLERK
United States District Court
Central District of California

By: Deputy Clerk

1